### The People on the relation of Edward Orr v. The Judge of the Wayne Circuit Court.

*Return of circuit judge in mandamus causes, conclusive as to facts within his own knowledge: Issue of fact will not be framed thereon.* Where a circuit judge is called upon to show cause against a *mandamus*, his return stating the facts as to his own action and what occurred in connection therewith within his own knowledge, must be conclusively taken to be true, and an issue of fact will not be allowed to be made upon it.

*Heard and decided October 24.*

Application for *mandamus.*

The petition set up what it alleged to be the facts in the case, and prayed for a *mandamus* to compel the respondent to set aside a judgment rendered upon a trial by the court without a jury, in the Wayne circuit court, in favor

of Patrick Fitzsimons and another against the relator, and to enter upon the records an order in said cause for the trial thereof by jury. Upon the showing made by this petition, an order to show cause had been granted, which was served upon the respondent. The respondent answered, stating what he alleged to be the facts, as to what had transpired in his presence. Some of the statements of fact in the answer, as to what action the circuit judge had taken, and what had occurred in the premises within his own knowledge, varied essentially from the statements of the same in the petition. It was conceded that the cause shown by the answer was sufficient.

*Dickinson & Dickinson,* for the relator, moved that an issue of fact be framed.

*Meddaugh & Driggs,* for the respondent.

THE COURT held that the return must be conclusively taken to be true so far as it states facts as to the respondent's own action and what occurred in connection therewith within his own knowledge, and that an issue of fact would not be allowed to be framed upon it.

*Mandamus* denied with costs.